IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ELDON CHICK, et al. | : |
| | : |
| v. | : CIVIL ACTION NO. 21-1318 |
| | : |
| SERRANO ACQUISITIONS, et al. | : |

## ORDER

This 31st day of January, 2022, it is hereby **ORDERED** that Defendants' Motions to Dismiss, ECF 30, 31, 34 and 37 are **GRANTED**.

    /s/ Gerald Austin McHugh
    United States District Judge